**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fritch, | No. CV-21-00509-TUC-JGZ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Orion Manufactured Housing Specialists Incorporated, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Jacqueline M. Rateau. (Doc 38.) Magistrate Judge Rateau recommends this Court grant in part and deny in part Plaintiff's Motion for Conditional Certification. (*Id.*) Specifically, Magistrate Judge Rateau recommends that the proposed class be conditionally certified and the proposed notice be amended as described in the R&R.

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Rateau's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

//

//

//

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 38) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Conditional Certification (Doc. 12) is **GRANTED IN PART AND DENIED IN PART** as set forth in the Report and Recommendation.

This case remains referred to the Magistrate Judge for all pretrial proceedings. (Doc. 23.)

Dated this 17th day of May, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge