**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fritch, | No. CV-21-00509-TUC-JGZ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Orion Manufactured Housing Specialists Incorporated, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline M. Rateau. (Doc 51.) Magistrate Judge Rateau recommends denying Plaintiff's Motion to Toll Statute of Limitations for putative opt-in class members. (*Id.*)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Rateau's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 51) is **ADOPTED**.

//
//
//

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Toll Statute of Limitations (Doc. 35) is **DENIED**.

Dated this 1st day of August, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge