# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fritch, | No. CV-21-00509-TUC-JGZ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Orion Manufactured Housing Specialists Incorporated, et al., | |
| Defendants. | |

Upon review of the parties' Joint Motion for Approval of Proposed FLSA Settlement (Doc. 92), the Court will approve the parties' settlement, which is "a fair and reasonable resolution of a bona fide dispute." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Good cause appearing,

**IT IS ORDERED:**

1. The parties' Joint Motion (Doc. 92) is **granted** in its entirety.

2. All motions for an award of attorneys' fees shall be accompanied by an electronic spreadsheet, to be e-mailed to the Court and opposing counsel, containing an itemized statement of legal services with all information required by Local Rule 54.2(e)(1). This spreadsheet shall be organized with rows and columns and shall automatically total the amount of fees requested so as to enable the Court to efficiently review and recompute, if needed, the total amount of any award after disallowing any individual billing entries. This spreadsheet does not relieve the moving party of its burden under Local Rule 54.2(d) to attach all necessary supporting documentation to its memorandum of points and

authorities filed in support of its motion. A party opposing a motion for attorneys' fees shall e-mail the Court and opposing counsel a copy of the moving party's spreadsheet adding any objections to each contested billing entry (next to each row, in an additional column) so as to enable the Court to efficiently review the objections and recompute the total amount of any award after disallowing any individual billing entries. This spreadsheet does not relieve the non-moving party of the requirements of Local Rule 54.2(f) concerning its responsive memorandum.

Dated this 24th day of July, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge