EXHIBIT

2

**EXHIBIT 2**

Jason Barrat; AZ Bar No. 029086
James Weiler; AZ Bar No. 034371
Kelsey Whalen; AZ Bar No. 037043
Jessica Miller; AZ Bar No. 031005
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
www.weilerlaw.com
jbarrat@weilerlaw.com
jweiler@weilerlaw.com
kwhalen@weilerlaw.com
jmiller@weilerlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Jason Fritch**, an Arizona resident; | Case No. 4:21-cv-00509-JGZ-JR |
| Plaintiff, | |
| v. | **DECLARATION OF JAMES WEILER** |
| **Orion Manufactured Housing Specialists, Inc.**, an Arizona company; and **L. James Miller,** an Arizona resident; | |
| Defendants. | (Assigned to the Hon. Jennifer G. Zipps) |

1. I am counsel of record for Plaintiff Jason Fritch in the above-entitled action. I have been an attorney involved in this case since August 16, 2022.

2. I submit this Declaration in support of Plaintiff's Motion for Award of Attorneys' Fees.

3. I have been a member in good standing of the State Bar of Arizona for over five years since being admitted to the Arizona bar in April 2018. I have been a member in

good standing of the Illinois Bar since 2009.  During my entire tenure as a litigator, I have litigated over a hundred cases for employees and employers during this time frame.  Almost all of my Plaintiff cases are on a contingency basis.

4. I attended The Ohio State University for undergrad from 2002-2006, and successfully earned my bachelors degrees in both Finance and Real Estate & Urban Analysis.  Following undergrad, I earned my *Juris Doctor* from the Loyola University of Chicago School of Law in 2009.  I passed the Illinois bar in 2009 and was licensed to practice law in November 2009.

5. For the past 5 years I have focused my practice on employment law and have represented numerous employment litigation plaintiffs in both Superior Court and the Federal Court for the District of Arizona.  I am also admitted to practice in the United States Court of Appeals for the Ninth Circuit.

6. I am one of two partners of a law firm located in Phoenix, Arizona, with five attorneys (including myself).  My law firm, Weiler Law PLLC, focuses primarily on plaintiffs' employment litigation and wage and hour claims.

7. I acted as co-counsel for this matter. I was responsible for assisting counsel with the completion of discovery including depositions.  I was also responsible for developing case strategy and preparing this matter for trial.  I was the primary attorney that would have conducted the trial had this matter not resolved shortly before trial.

8. I have not received any payment for accrued attorneys' fees or costs. Although the Plaintiff in this case was never obligated to pay an hourly rate, my hourly rate is $400 per hour.  This hourly rate is commensurate with my experience level, and is well within the standard hourly rates charged by other law firms in the Phoenix

Metropolitan Area, particularly given the skill level and time commitment required to successfully litigate a FLSA lawsuit.

9. All attorneys at my firm maintain detailed daily time records on behalf of our clients. Such time is recorded in $1/10^{th}$ of an hour increments. Each time record is maintained on the firm's computers, the firm's network, and then is backed-up online. All fee records are prepared contemporaneously with the time or expense that is being billed.

10. I have personally rendered all of the services reflected in the Billing Summaries under the initial "JW" (attached hereto as "**Exhibit 5**"). Those Billing Summaries reflect the date that the service was rendered; a description of the work actually performed; and the amount of time expended (in tenths of an hour).

11. As reflected in the summaries and **Exhibit 5**, the legal fees incurred by me in this case total 9.4 hours at $400 per hour to equal $3,760.

12. Some of the entries included in **Exhibit 5** contain general descriptions of the work performed and were prepared for the purpose of protecting attorney-client communications.

13. During the course of my firm's representation of Plaintiff, I have exercised billing judgment by striking items from this fee request that are duplicative, if any, or other time for which the firm would not expect to be compensated.

14. In light of the foregoing, I request that the Court award my attorneys' fees in the amount of **$3,760**.

15. I declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED August 1, 2023.

**WEILER LAW PLLC**

By: /s/ James Weiler
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff