**EXHIBIT 5**

**EXHIBIT 5**

| DATE | NATURE OF WORK PERFORMED BY WEILER LAW PLLC | ATTY | TIME |
|---|---|---|---|
| 12/6/2021 | Review intake of Fritch | JB | 0.2 |
| 12/6/2021 | Consultation with Fritch | JB | 0.5 |
| 12/8/2021 | Review new client form | JB | 0.3 |
| 12/8/2021 | Draft verified complaint | JB | 2 |
| 12/8/2021 | Review dkts 1-4 | JB | 0.1 |
| 12/21/2021 | Review dkts 5-6 | JB | 0.1 |
| 1/6/2022 | Draft application for entry of default | JB | 0.3 |
| 1/7/2022 | Review dkt 8 | JB | 0.2 |
| 1/7/2022 | Call with B.Holtzman - OC for Defs RE case/default/settlement | JB | 0.2 |
| 1/7/2022 | Emails to/from B.Holtzman RE default/settlement | JB | 0.2 |
| 1/9/2022 | Exchange emails with client RE damages | JB | 0.2 |
| 1/9/2022 | Email to B.Holtzman RE settlement demand of $13,000 inclusive of attorneys' fees and costs | JB | 0.1 |
| 1/10/2022 | Review email from Fritch RE settlement | JB | 0.1 |
| 1/13/2022 | Email to/from B.Holtzman RE update on settlement | JB | 0.2 |
| 1/13/2022 | Review email, spreadsheet, payroll records, and DES notice documents from B.Holtzman | JB | 0.7 |
| 1/13/2022 | Email to Client RE documents | JB | 0.1 |
| 1/13/2022 | Call w/ Client RE documents | JB | 0.3 |
| 1/13/2022 | Email updated offer to B.Holtzman in the amount of $11,000 inclusive of attorneys' fees and costs | JB | 0.1 |
| 1/14/2022 | Multiple emails to/from B.Holtzman RE offer, collective action, vacate default | JB | 0.3 |
| 1/14/2022 | Call with B.Holtzman RE offer, collective action, vacate default | JB | 0.2 |
| 1/17/2022 | Call w/ Client RE offers and amending the complaint | JB | 0.4 |
| 1/17/2022 | Draft withdrawal of default | JB | 0.2 |
| 1/17/2022 | Draft amended complaint, notice, and exhibits | JB | 1.5 |
| 1/17-18/2022 | Draft motion for conditional certification and affidavit (2.2), call w/ client RE affidavit (.3) | JB | 2.5 |
| 1/18/2022 | Review letter and checks received in the mail from B.Holtzman | JB | 0.2 |
| 1/18/2022 | Research Tendered offers, rejections | JB | 2.8 |
| 1/20/2022 | Email to Client RE checks | JB | 0.1 |
| 1/20/2022 | Review dkt 13 | JB | 0.1 |
| 1/24/2022 | Review dkt 14 | JB | 0.1 |
| 1/26/2022 | Exchange emails (0.2) and phone call (0.2) with client RE checks | JB | 0.4 |
| 2/1/2022 | Multiple Email to/from B.Holtzman RE amended answer due the day previous, Rule 4, Rule 5(a)(2), Rule 6(d), extension | JB | 0.7 |
| 2/1/2022 | Research on Rule 4,5, and 6 | JB | 0.4 |
| 2/3/2022 | FOIA Request records from AZ industrial commission and labor board | JB | 0.3 |
| 2/3/2022 | Review dkts 15-16 (Answer and corporate disclosure) | JB | 0.7 |
| 2/4/2022 | Begin Drafting motion to toll SOL | JB | 1 |
| 2/4/2022 | Review email from Kamm of AZ industrial commission | JB | 0.1 |
| 2/6/2022 | Email to/from Client RE checks, witness | JB | 0.2 |
| 2/11/2022 | Review dkt 17 | JB | 0.1 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 2/14/2022 | Review dkts 18-19 | JB | 0.1 |
| 2/15/2022 | Review dkt 20 | JB | 0.1 |
| 2/15/2022 | Review dkts 21-22 | JB | 0.1 |
| 2/17/2022 | Review dkt 23 | JB | 0.1 |
| 2/17/2022 | Review Dkt. 24 - Response to motion to conditional cert | JB | 0.5 |
| 2/17/2022 | Draft reply iso motion for conditional certification | JB | 2.2 |
| 2/22/2022 | Draft disclosure statement, first nuis and rfps | JB | 1.4 |
| 2/23/2022 | Finalize first nuis and rfps | JB | 0.2 |
| 2/24/2022 | Review email from Bauer from dept of labor | JB | 0.1 |
| 2/25/2022 | Review dkt 28 | JB | 0.2 |
| 3/1/2022 | Draft joint plan and email to B.Holtzman | JB | 0.6 |
| 3/7 – 3/11 / 2022 | Exchange emails with OC RE joint plan and disclosures | JB | 0.3 |
| 3/11/2022 | Review B.Holtzman edits to joint plan | JB | 0.3 |
| 3/14/2022 | Review dkt 29 | JB | 0.1 |
| 3/17/2022 | Exchange emails RE client RE updates | JB | 0.3 |
| 3/30/2022 | Email to B.Holtzman RE Def's initial disclosure | JB | 0.1 |
| 4/4/2022 | Phone call w/ client RE documents | JB | 0.2 |
| 4/4/2022 | Draft second nuis and rfps | JB | 0.3 |
| 4/4/2022 | Review call-in information | JB | 0.1 |
| 4/5/2022 | Prep for Case Management Conference | JB | 0.3 |
| 4/5/2022 | Attend telephonic case management conference | JB | 0.2 |
| 4/5/2022 | Review Defendants' initial disclosure, docs | JB | 0.3 |
| 4/5/2022 | Draft BBVA subpoena | JB | 0.3 |
| 4/5/2022 | emails to/from B.Holtzman RE subpoena, discovery requests | JB | 0.3 |
| 4/6/2022 | Draft third rfps | JB | 0.2 |
| 4/6/2022 | Review dkts 31-32 | JB | 0.1 |
| 4/6/2022 | Research programs/applications to track your iPhone for client to produce those records | JB | 1.3 |
| 4/7/2022 | Exchange emails with A. Peschke RE client documents | JB | 0.3 |
| 4/8/2022 | Review DES documents from client | JB | 0.3 |
| 4/12/2022 | Review Defendants' discovery responses | JB | 0.5 |
| 4/12-13/2022 | Email to/from B.Holtzman RE deficient discovery responses | JB | 0.3 |
| 4/12/2022 | Review dkt 33 | JB | 0.1 |
| 4/13/2022 | Research case law RE Mt. Clemens, Rule 34(b) (0.2), email B.Holtzman RE deficient responses | JB | 0.4 |
| 4/15/2022 | Draft stipulation as to the elements of claims and research discovery caselaw | JB | 1.5 |
| 4/15/2022 | Exchange emails w/ Holtzman RE stipulation, affirmative defenses, Rule 11(b)(2) | JB | 0.6 |
| 4/15/2022 | Draft discovery dispute letter to Holtzman | JB | 1.8 |
| 4/20/2022 | Finalize discovery dispute letter | JB | 1.1 |
| 4/21/2022 | Review dkt 34 | JB | 0.2 |
| 4/21 – 4/25/22 | Exchange emails w/ Holtzman RE motion to toll | JB | 0.2 |
| 4/25/2022 | Finalize motion to toll | JB | 0.9 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 4/26/2022 | Draft first rfas | JB | 0.3 |
| 4/27/2022 | Review Defendants' discovery responses and exchange emails w/ Holtzman | JB | 0.8 |
| 4/27/2022 | Review dkt 37 | JB | 0.1 |
| 4/28/2022 | Review dkt 38 | JB | 0.4 |
| 4/28/2022 | Review verification from defendants | JB | 0.1 |
| 5/1/2022 | Email to B.Holtzman RE supplemental NUI responses | JB | 0.1 |
| 5/3/2022 | Exchange emails and phone call with Holtzman RE supplemental responses to discovery | JB | 0.6 |
| 5/3/2022 | Phone call w/ client RE discovery, settlement | JB | 0.3 |
| 5/3/2022 | Draft first supplemental disclosure statement | JB | 0.2 |
| 5/3/2022 | Email to B.Holtzman RE settlement demand of $7,500 to Plaintiff plus costs plus either a fee app in front of the Court or $17,500 | JB | 0.3 |
| 5/3/2022 | Emails to/from B.Holtzman RE settlement and supplemental responses | JB | 0.3 |
| 5/9/2022 | Review dkt 40 | JB | 0.4 |
| 5/10/2022 | Draft reply to Motion to Toll | JB | 1.1 |
| 5/10/2022 | Exchange emails w/ Holtzman RE settlement | JB | 0.5 |
| 5/12/2022 | Finalize Reply to Motion to Toll | JB | 0.9 |
| 5/12/2022 | Draft subpoena to Qwest | JB | 0.3 |
| 5/13/2022 | Review email exchange from Collins from PNC Bank and A. Peschke | JB | 0.2 |
| 5/16/2022 | Review subpoena documents from BBVA | JB | 2.9 |
| 5/17/2022 | Draft second supplement disclosure | JB | 0.2 |
| 5/18/2022 | Review dkt 43 | JB | 0.1 |
| 5/18/2022 | Draft revised opt-in notice | JB | 0.3 |
| 5/18 – 5/20/22 | Exchange emails w/ Holtzman RE opt-in | JB | 0.3 |
| 5/20/2022 | Review Potential Collective Action Members list | JB | 0.2 |
| 5/22/2022 | Email to/from Client RE list | JB | 0.4 |
| 5/23/2022 | Review opt-in from Ressegger | JB | 0.2 |
| 5/23/2022 | Draft notice of filing opt-in consent form | JB | 0.2 |
| 5/23 – 5/26/22 | Exchange emails w/ Holtzman RE collective members, discovery | JB | 0.4 |
| 5/26/2022 | Email exchange w/ Client RE opt-in | JB | 0.5 |
| 5/26/2022 | Review dkt 45 | JB | 0.2 |
| 5/26/2022 | Call/email to Opt-in RE opting in | JB | 0.4 |
| 5/26/2022 | Review Defendants' responses to first rfas | JB | 0.2 |
| 5/27/2022 | Draft third nuis | JB | 0.2 |
| 6/1/2022 | Phone call w/Client RE third disclosure | JB | 0.3 |
| 6/1/2022 | Draft third supplemental disclosure | JB | 0.3 |
| 6/2/2022 | Email to/from Client RE witness | JB | 0.2 |
| 6/3/2022 | Review Defendants' supplemental disclosure | JB | 0.2 |
| 6/3/2022 | Review dkt 48 | JB | 0.1 |
| 6/6/2022 | Emails from Client RE witness | JB | 0.2 |
| 6/8/2022 | Email from B.Holtzman RE postings | JB | 0.1 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 6/9/2022 | Review invoice from Wells Fargo | JB | 0.2 |
| 6/13/2022 | Review email RE subpoena to Qwest | JB | 0.1 |
| 6/13/2022 | Review correspondence from Lumen | JB | 0.3 |
| 6/13/2022 | Draft motion to withdraw opt-in consent form, order | JB | 0.2 |
| 6/14/2022 | Review dkt 50 email from AZDdb_QA Staff RE incorrect event selected | JB | 0.2 |
| 6/14/2022 | Email from Client RE witness | JB | 0.1 |
| 6/14/2022 | Exchange and review emails with G. Kraft and Holtzman Re ruling on dkt 35 | JB | 0.2 |
| 6/14/2022 | Review Email sent to Ressegger RE opting out of the lawsuit | JB | 0.1 |
| 7/5 - 7/11/22 | Exchange emails with B.Holtzman RE past due discovery | JB | 0.4 |
| 7/12/2022 | Emails from/to Client RE witness | JB | 0.4 |
| 7/13/2022 | Review dkt 51, analyze and research if Plaintiff should object to the report and recommendation | JB | 1.5 |
| 7/13/2022 | Exchange emails with A. Peschke Re potential opt-in members | JB | 0.4 |
| 7/20/2022 | Review Defendants' Responses to third nuis | JB | 0.3 |
| 7/20/2022 | Review dkt 52 | JB | 0.1 |
| 7/25/2022 | J.Barrat email and discuss w/ K.Whalen Re depositions (only JB billed) | JB | 0.6 |
| 7/26 -7/27/22 | Exchange emails with client and A. Peschke RE settlement, deposition; review check docs for settlement purposes | JB | 0.6 |
| 7/27/2022 | Email to B. Holtzman RE settlement in the amount of $25,000 that is inclusive of attorneys' fees and costs | JB | 0.2 |
| 7/27/2022 | Email exchange from/to B. Holtzman RE settlement, depositions, and positions in the case | JB | 0.5 |
| 7/28/2022 | Review Def's RFP, research RE production of tax documents | JB | 1.3 |
| 7/29/2022 | Draft fourth supplemental disclosure (0.3) and fourth rfps (0.2) | JB | 0.5 |
| 7/29/2022 | Review dkt 55 | JB | 0.1 |
| 8/1/2022 | Email to/from Client RE RFP | JB | 0.2 |
| 8/1/2022 | Email to/from B.Holtzman RE discovery request | JB | 0.2 |
| 8/1/2022 | Email to B.Holtzman RE deposition and subpoena to witness | JB | 0.1 |
| 8/2/2022 | Review doc from client RE discovery | JB | 0.1 |
| 8/2/2022 | Review dkt 56 | JB | 0.2 |
| 8/2/2022 | Exchange emails with Holtzman RE discovery responses | JB | 0.1 |
| 8/2/2022 | Draft second rfas and research relevant caselaw to those requests | JB | 0.6 |
| 8/3/2022 | Draft deposition notices | JB | 0.3 |
| 8/3/2022 | Exchange emails w/ B.Holtzman RE depositions | JB | 0.4 |
| 8/4/2022 | Review dkt 61 | JB | 0.1 |
| 8/4/2022 | Email from B.Holtzman RE settlement that Def's will settle for $12,000 inclusive of attorneys fees and costs | JB | 0.1 |
| 8/4/2022 | Email and Phone call w/ Client RE settlement | JB | 0.3 |
| 8/4/2022 | Email to B. Holtzman RE counteroffer to settlement in the amount of $7,000 to Plaintiff plus $590.20 in costs, plus either $19,000 in attorneys' fees OR a fee app in front of the Court | JB | 0.2 |
| 8/10/2022 | Review Fritch email and tax documents | JB | 0.4 |
| 8/16/2022 | Review dkt 62 | JB | 0.1 |
| 8/18/2022 | Review email to Judge Rateau Chambers RE Statement of facts for summary judgment | JB | 0.1 |
| 8/22/2022 | Draft fifth supplemental disclosure | JB | 0.4 |
| 8/22/2022 | Email to/from Client RE Garcia and Gutierrez | JB | 0.2 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 8/22/2022 | Finalize discovery response | JB | 0.3 |
| 8/22-23/2022 | Emails and meeting between J.Barrat, K.Whalen, J.Weiler RE depositions, discovery (only JB Billed) | JB | 0.9 |
| 8/23/2022 | Review discovery, file | KW | 1 |
| 8/29/2022 | Email to A.Peschke RE transcripts | JB | 0.1 |
| 8/29/2022 | Prep for deposition of James Miller | JW | 3.9 |
| 8/29/2022 | Research defendants on beenverified | JB | 0.4 |
| 8/30/2022 | Email exchange with co-counsel and Holtzman RE depositions | JW | 0.3 |
| 8/29-30/2022 | Review and exchange emails with co-counsel and A. Peschke RE depositions | JB | 0.3 |
| 8/30/2022 | Deposition of James Miller | JW | 1.6 |
| 8/30/2022 | Review discovery and notes for depositions of Brown and Gutierrez | KW | 1.5 |
| 8/31/2022 | Review J. Miller depo transcript | JB | 1 |
| 8/31/2022 | Review Defendants' responses to fourth rfps | JB | 0.2 |
| 8/31/2022 | Review and exchange emails with co-counsel RE depositions | JB | 0.4 |
| 8/31/2022 | Prep for Brown deposition | KW | 1.7 |
| 8/31/2022 | Prep for Gutierrez deposition | KW | 1.6 |
| 8/31/2022 | Prep for Brown and Gutierrez depositions | JW | 0.4 |
| 9/1/2022 | Review Defendants' answers to second rfas | JB | 0.3 |
| 9/1/2022 | Deposition of Brown | KW | 1.2 |
| 9/1/2022 | Appearance at Brown Deposition | JW | 1.2 |
| 9/1/2022 | Deposition of Gutierrez | KW | 1 |
| 9/1/2022 | Appearance at deposition of Gutierrez | JW | 1 |
| 9/2/2022 | Review dkt 65, 66 | JB | 0.1 |
| 9/6/2022 | Review email from A. Damianakos RE msj | JB | 0.1 |
| 9/7/2022 | Review emails from A. Peschke RE depo transcripts | JB | 0.3 |
| 9/12/2022 | Review, analyze transcripts of Brown, Miller, and Gutierrez for MSJ | JB | 2.7 |
| 9/13/2022 | Review exchange emails from A. Peschke RE depo transcripts | JB | 0.3 |
| 9/13/2022 | Draft MSJ | JB | 6.8 |
| 9/14/2022 | Continue drafting MSJ, exhibits | JB | 7.3 |
| 9/15/2022 | Finish drafting msj | JB | 4 |
| 9/16/2022 | Review MSJ binder | JB | 0.3 |
| 10/12/2022 | Exchange emails with Holtzman RE extension to respond to msj; review stip and respond | JB | 0.3 |
| 10/12/2022 | Review dkt 69, 70 | JB | 0.2 |
| 10/21/2022 | Review, analyze dkt 71, 72 - response to MSJ | JB | 1.4 |
| 10/21 -10/24/22 | Exchange emails with Holtzman RE social security redaction; research relevant law RE Def's filing of P's social security number on a public docket | JB | 1.2 |
| 10/24/2022 | Draft reply to msj | JB | 2 |
| 10/25/2022 | Finalize Reply to msj | JB | 2.9 |
| 10/25/2022 | Review dkt 74 | JB | 0.1 |
| 10/26/2022 | Review dkt 75 | JB | 0.1 |
| 11/7/2022 | Review dkt 76 | JB | 0.1 |

| | | | |
|---|---|---|---|
| 12/19/2022 | Draft notice of name change of firm | JB | 0.2 |
| 12/21/2022 | Draft firm name change letter to plaintiff | JB | 0.2 |
| 1/7/2023 | Call with Client RE update | JB | 0.3 |
| 2/13/2023 | Review, analyze dkt 78 | JB | 0.5 |
| 2/20/2023 | Exchange emails with J. Miller RE documents | JB | 0.3 |
| 2/20/2023 | Reading motions/case file, phone call with Jason, looking into deposition testimony, making notes RE potential arguments for Objection | JM | 3.7 |
| 2/21-22/2023 | Email exchange w/ B.Holtzman RE extension for objection to the report and recommendation, settlement discussion | JB | 0.4 |
| 2/22/2023 | Draft motion for extension | JB | 0.2 |
| 2/22/2023 | Email from B. Holtzman RE settlement that Def's will pay $18,000 which is inclusive of attorneys' fees and costs; respond to email | JB | 0.2 |
| 2/22/2023 | Phone call w/ Client RE offer | JB | 0.3 |
| 2/22/2023 | Email to B.Holtzman RE counteroffer that Plaintiff will accept $45,000 inclusive of fees and costs | JB | 0.1 |
| 2/28/2023 | Review dkt 80, 81 | JB | 0.2 |
| 3/7/2023 | File review, marking up filings and making notes of arguments, finding exhibits to cite | JM | 6.5 |
| 3/8/2023 | Research RE spoliation standard, drafted outline including applicable law, sent template agreements to Weiler | JM | 5 |
| 3/9/2023 | Review J. Miller's status on objection to report; phone call w/ J.Miller (only JB billed) | JB | 0.5 |
| 3/9/2023 | Research RE adding supplemental evidence to objection, complete file review and collecting exhibits, continuing to draft Fritch | JM | 7 |
| 3/10/2023 | Review J. Miller's status on objection to report and exchange emails via the same | JB | 0.2 |
| 3/10/2023 | Research RE hearsay exceptions, Completing/drafting arguments | JM | 5 |
| 3/13/2023 | Edit and revise draft objection to Report and Recommendation | JW | 1.5 |
| 3/13/2023 | Making edits to Objection, rearranging sections RE argument and factual statements, Research RE summary judgment standard, adding citations to motion, making all final changes with Weiler's input, filed same | JM | 11 |
| 3/27/2023 | Review dkt 83 | JB | 0.1 |
| 3/28/2023 | Draft response to motion for extension | JB | 0.2 |
| 3/28/2023 | Review dkt 85 | JB | 0.1 |
| 4/10/2023 | Review, analyze dkt 86 | JB | 0.4 |
| 5/25/2023 | Review, analyze dkt 87 | JB | 0.3 |
| 5/31/2023 | Exchange emails with Holtzman regarding available dates for trial pursuant to Court's order | JW | 0.3 |
| 5/31/2023 | Telephone call with Holtzman regarding setting trial date. | JW | 0.2 |
| 6/1/2023 | Review file in preparation for Telephonic Pretrial Hearing. | JW | 0.2 |
| 6/1/2023 | Appearance at Pretrial Hearing before Judge Zipps | JW | 0.2 |
| 6/1/2023 | Review dkt 88 | JB | 0.1 |
| 6/3 – 6/5/23 | Exchange emails with J. Miller RE pretrial order | JB | 0.4 |
| 6/5/2023 | Review dkt 89 | JB | 0.1 |
| 6/9/2023 | Beginning draft of JPS | JM | 2.5 |

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 6/11/2023 | Reviewing Answer, research RE affirmative defenses | JM | 1.2 |
| 6/12/2023 | Populating all admissions/denials from MSJ, Answer and RFAs, arranging for JPS, reviewing documentary evidence, including two exhibits, reviewing witnesses | JM | 3.4 |
| 6/13/2023 | Review, edit pretrial order draft from J. Miller | JB | 0.5 |
| 6/15/2023 | Edit and revise draft of Joint pretrial Statement | JW | 0.5 |
| 6/21/2023 | Revise and finalize Plaintiff's Joint Pretrial Statement | JW | 0.7 |
| 6/21/2023 | Phone call w/ Client RE settlement demand | JB | 0.4 |
| 6/21/2023 | Email to B. Holtzman RE settlement in the amount of $7,500 to Plaintiff and the Court will decide attorneys' fees and costs | JB | 0.2 |
| 6/21 – 6/22/23 | Revise pretrial order | JB | 0.8 |
| 6/22/2023 | Email from B. Holtzman RE acceptance of settlement offer | JB | 0.1 |
| 6/22/2023 | Call w/ Client RE settlement offer acceptance | JB | 0.2 |
| 6/22 -6/26/23 | Exchange emails with Holtzman RE settlement, drafting, approval; notice of settlement | JB | 0.4 |
| 6/29/2023 | Review dkt 91 | JB | 0.1 |
| 6/29/2023 | Email to B. Holtzman RE settlement agreement | JB | 0.1 |
| 6/30/2023 | Email from B. Holtzman RE settlement agreement | JB | 0.1 |
| 7/5/2023 | Email to B. Holtzman RE settlement agreement | JB | 0.1 |
| 7/10/2023 | Review settlement and joint motion to approve settlement | JB | 0.5 |
| 7/10/2023 | Email to J.Sutton RE settlement agreement/joint motion | JB | 0.1 |
| 7/10/2023 | Phone call and email to Client RE settlement agreement | JB | 0.4 |
| 7/11/2023 | Email to B.Holtzman RE LRCiv 54.2(d)(1) and an offer to resolve P's attorneys fees in the amount of $40,000 and costs in the amount of $1,818.23 | JB | 0.2 |
| 7/12/2023 | Email to B. Holtzman RE settlement agreement | JB | 0.1 |
| 7/18/2023 | Email to/from J.Sutton RE joint motion/settlement agreement | JB | 0.2 |
| 7/26/2023 | Review Dkt. 93 | JB | 0.2 |
| 7/27/2023 | Email to/from B.Holtzman RE payment and tax withholdings | JB | 0.3 |
| 7/31/2023 | Draft Motion for Attorneys' Fees/Costs | JB | 3.9 |

| | Total | 177.7 | | | |
|---|---|---|---|---|---|
| | | | | Rate | Total Amount |
| JB Total | | 115 | Jason Barrat | $400.00 | $46,000.00 |
| KW Total | | 8 | Kelsey Whalen | $335.00 | $2,680.00 |
| JW Total | | 9.4 | James Weiler | $400.00 | $3,760.00 |
| JM Total | | 45.3 | Jessica Miller | $400.00 | $18,120.00 |
| | | | | Total | $70,560.00 |