# EXHIBIT 6

# EXHIBIT 6

Jason Barrat; AZ Bar No. 029086
James Weiler; AZ Bar No. 034371
Kelsey Whalen; AZ Bar No. 037043
Jessica Miller; AZ Bar No. 031005
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
www.weilerlaw.com
jbarrat@weilerlaw.com
jweiler@weilerlaw.com
kwhalen@weilerlaw.com
jmiller@weilerlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Jason Fritch**, an Arizona resident; | Case No. 4:21-cv-00509-JGZ-JR |
| Plaintiff, | |
| v. | **STATEMENT OF CONSULTATION** |
| **Orion Manufactured Housing Specialists, Inc.**, an Arizona company; and **L. James Miller,** an Arizona resident; | |
| Defendants. | **(Assigned to the Hon. Jennifer G. Zipps)** |

Pursuant to LRCiv 54.2(d)(1), counsel for Plaintiff, Jason Barrat, has consulted with Defendants' counsel, Barney Holtzman, on a good faith basis regarding Plaintiff's request for attorney' fees and costs.

On July 11, 2023, undersigned counsel emailed Mr. Holtzman regarding Plaintiff's intent to settle the outstanding attorneys' fees and costs owed to Plaintiff. The email correspondence is attached hereto as (**"Attachment 8"**). Plaintiff offered a discount

settlement amount of 40,000 for attorneys' fees and $1,818.23 for costs. Defendants did not respond by the deadline and to date, Defendants have not countered or accepted the offer.

RESPECTFULLY SUBMITTED August 1, 2023.

**WEILER LAW PLLC**

By: /s/ Jason Barrat
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2023, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke