E X H I B I T

8

**EXHIBIT 8**



Weiler Law, PLLC
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
www.weilerlaw.com

**Jason Barrat**
480.442.3410 main & fax
jbarrat@weilerlaw.com

RE: **Fritch v Orion Manufactured Housing Specialists, Inc.** *et al*; Statement of Costs

## STATEMENT OF COSTS

|  | ADVANCED EXPENSES FOR COSTS |  |  |
|---|---|---|---|
| 21.12.08 | Filing Fee - Verified Complaint | Attachment 1 | $402.00 |
| 22.01.03 | LegalServe - Service of Civil Case Documents | Attachment 2 | $188.20 |
| 22.09.02 | Diane Dzwonkoski - Deposition of Miller | Attachment 3 | $562.30 |
| 22.09.06 | Kathy Hansen Interpreting for Gutierrez Deposition | Attachment 4 | $220.00 |
| 22.09.15 | Dzwonkoski - Depositions of Brown and Gutierrez | Attachment 5 | $380.25 |
| 22.09.16 | FEDEX Shipment of MSJ | Attachment 6 | $47.95 |
| 22.10.25 | FEDEX - Binder for Reply in Support of MSJ | Attachment 7 | $17.53 |
|  | **SUBTOTAL** |  | **$1,818.23** |