ATTACHMENT 1

**ATTACHMENT 1**

| | |
|---|---|
| **From:** | Maira Morales |
| **To:** | Ashley Peschke |
| **Subject:** | FW: Activity in Case 4:21-cv-00509-RCC Fritch v. Orion Manufactured Housing Specialists Incorporated et al Complaint |
| **Date:** | Wednesday, December 8, 2021 4:24:21 PM |

**From:** azddb_responses@azd.uscourts.gov <azddb_responses@azd.uscourts.gov>
**Sent:** Wednesday, December 8, 2021 4:21 PM
**To:** azddb_nefs@azd.uscourts.gov
**Subject:** Activity in Case 4:21-cv-00509-RCC Fritch v. Orion Manufactured Housing Specialists Incorporated et al Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**DISTRICT OF ARIZONA**

## Notice of Electronic Filing

The following transaction was entered on 12/8/2021 at 4:20 PM MST and filed on 12/8/2021

| | |
|---|---|
| **Case Name:** | Fritch v. Orion Manufactured Housing Specialists Incorporated et al |
| **Case Number:** | 4:21-cv-00509-RCC |
| **Filer:** | Jason Fritch |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT. Filing fee received: $ 402.00, receipt number 0970-20139725 filed by Jason Fritch. (Barrat, Jason) (Attachments: # (1) Civil Cover Sheet)(SCA)**

**4:21-cv-00509-RCC Notice has been electronically mailed to:**

Jason Saul Barrat    jbarrat@zoldangroup.com, info@zoldangroup.com

Michael David Zoldan    MZoldan@zoldangroup.com, info@zoldangroup.com

**4:21-cv-00509-RCC Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=12/8/2021] [FileNumber=22703895-0] [4874c66a655700b5e9c7f76582e616ca828facb6ba1100fe1e46323a0761e1fc2b10472d35c4dae320a11e0eed998d238c6519e9ec65d9cd780cc42301996b5c]]

**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=12/8/2021] [FileNumber=22703895-1] [1fe62cf5a56d96ca2eaa680fe7a45d59085d494c3d1be906679109b9882fed72760f1748d401b0218c6ec477bb736b0c1fd8bd3e5caf21547d944577808ed6ef]]

# ATTACHMENT 2

**LegalServe**
1040 W. Juanita Avenue
Gilbert, AZ  85233 US
mark@thelegalserve.com

**legalserve**
*a process serving agency*

# INVOICE

**BILL TO**
5050 North 40th Street, Suite 260
Phoenix, AZ 85018

**INVOICE #** 1497
**DATE** 12/21/2021
**DUE DATE** 12/31/2021
**TERMS** Net 10

| ACTIVITY | AMOUNT |
|---|---|
| **Process Service**<br>Serve: Summons; Verified Complaint; Civil Cover Sheet; Notice, Consent, and Order of reference- Exercise of Jurisdiction by a United States Magistrate Judge upon Orion Manufactured Housing Specialists, Inc. and L. James Miller. | 64.00 |
| **Process Service:Mileage**<br>6907 W. Linda Vista Blvd., #2, Tucson, AZ, 85743- POE | 100.00 |
| **Process Service:Affidavit Prep**<br>Affidavit Prep | 20.00 |
| **Process Service:Print Documents**<br>28 total pages | 4.20 |

4:21-cv-00509-RCC- Jason Fritch v Orion Manufactured Housing Specialists, Inc. and L. James Miller.

**BALANCE DUE** $188.20

**THE ZOLDAN LAW GROUP PLLC**
14500 N NORTHSIGHT BLVD., STE. 133
SCOTTSDALE, AZ 85260-3660

6942

date: January 3, 2022

Pay to the order of: Legal Serve     $ 2032.25

Two thousand thirty-two and 25/100 ———————— dollars

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

for Past Due Invoices

MP

ATTACHMENT 3

**ATTACHMENT 3**

Diane J. Dzwonkoski RMR
Certificate No. 50469
15823 North 6th Place
Phoenix, Arizona 85022
(602) 863-7910

Invoice

| DATE | INVOICE # |
|---|---|
| 8/31/2022 | JW221 LR SR |

**BILL TO**

James Weiler
ZOLDAN LAW GROUP, PLLC
5050 North 40th Street
Suite 260
Phoenix, Arizona 85018

FRITCH v. ORION MANUFACTURED HOUSING
4:21-CV-00509-JGZ-JR

| DESCRIPTION | AMOUNT |
|---|---|
| Videoconference deposition of L. James Miller - 53 pages (Expedited) | 450.50 |
| Per Diem | 80.00 |
| Exhibits - 26 copies at .30 per page | 7.80 |
| PDF format - No charge | 0.00 |
| Processing, handling and exhibits | 24.00 |

THE ZOLDAN LAW GROUP PLLC
5050 N 40TH ST. STE 260
PHOENIX, AZ 850182196

91-2/1221                              7225

September 2, 2022

Pay to the order of   Diane J Dzwonkoski RMR   $ 562.30

Five Hundred Sixty Two and 30/100   dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

for Fritch: Invoice # JW221 LR SR

Thank you for your business!

**Total**     562.30

Certified Invoice - Complies with the ethical obligations set forth in ACJA 7-206

ZOLDAN LAW GROUP, PLLC
# ATTACHMENT 4



Kathy Hansen Interpreting & Translation Services, LLC
520 E. Medlock Dr
Phoenix, AZ 85012
Tel. 602-234-0787

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/2/2022 | 65194 |

| BILL TO |
|---|
| Jason Barrat<br>Zoldan Law Group<br>14500 N. Northsight Blvd., Suite 133<br>Scottsdale, AZ 85260 |

## TRANSLATING AND INTERPRETING

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 9/1/2022 | Interpreting for Deposition of Armando Gutierrez<br>2 hrs. min.<br><br>Jason Fritch vs. Orion Manufactures<br>Case No. 4:21-cv-00509-JGZ-JR | 2 | 110.00 | 220.00 |
| | | | **Total** | $220.00 |

PLEASE NOTE NEW EIN NUMBER:
EIN 47-4934972

**THE ZOLDAN LAW GROUP PLLC**
5050 N 40TH ST. STE 260
PHOENIX, AZ 850182196

7228

date September 6, 2022

Pay to the order of Kathy Hansen Interpreting & Translation    $ 220.00

Two Hundred Twenty even ———————— dollars

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

for Invoice: 65194-Deposition Fritch

# ATTACHMENT 5

ZOLDAN LAW GROUP, PLLC

**ATTACHMENT 5**

Diane J. Dzwonkoski RMR
Certificate No. 50469
15823 North 6th Place
Phoenix, Arizona 85022
(602) 863-7910

Invoice

| DATE | INVOICE # |
|---|---|
| 9/12/2022 | KW223 WC SR |

**BILL TO**

Kelsey Whalen
ZOLDAN LAW GROUP, PLLC
5050 North 40th Street
Suite 260
Phoenix, Arizona 85018

FRITCH v. ORION
4:21-CV-00509-JGZ-JR
September 1, 2022

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Nancy Beth Brown - 41 pages | 174.25 |
| Deposition of Armando Gutierrez - 24 pages | 102.00 |
| Per Diem | 80.00 |
| PDF format - No charge | 0.00 |
| Processing, handling and delivery | 24.00 |

Thank you for your business!

Certified Invoice - Complies with the ethical obligations set forth in ACJA 7-206

**Total**  380.25

**THE ZOLDAN LAW GROUP PLLC**
5050 N 40TH ST. STE 260
PHOENIX, AZ 850182196

7230

date: September 15, 2022

Pay to the order of: Diane J Dzwonkoski RMR    $ 880.25

Three Hundred Eighty and 25/100 —————— dollars

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

for Invoice #: KW223 WC SR

# ATTACHMENT 6

ZOLDAN LAW GROUP, PLLC

# ATTACHMENT 6

# FedEx Office

Address:          2131 E CAMELBACK RD
                  SUITE 107
                  PHOENIX
                  AZ 85016
Location:         ZSYKK
Device ID:        -BTC02
Transaction:      940345750555

---

FedEx Priority Overnight
Tracking Number:
 278064020874      2.40 lb (S)         47.95
   Declared Value   100
Recipient Address:
   Honorable Jacqueline Rateau
   US Dist Crt EVO A Deconcini US Cour
   405 W CONGRESS ST STE 6650
   TUCSON, AZ 85701-5063
   0000000000

Scheduled Delivery Date 9/19/2022

Pricing option:
    ONE RATE

Package Information:
    FedEx Small Box

          Shipment subtotal:      $47.95

              Total Due:          $47.95

          (S) CreditCard:         $47.95
       ************8047


        M = Weight entered manually
        S = Weight read from scale
        T = Taxable item

Terms and Conditions apply. See
fedex.com/serviceguide for details.


           Visit us at: fedex.com
           Or call 1.800.GoFedEx
              1.800.463.3339

           Sep 16, 2022 10:18:06 AM

---

          ********** WE LISTEN **********
             Tell us how we're doing
        & receive a discount on your next order!
                fedex.com/welisten
             Redemption Code: _____

                *** Thank you ***

**ATTACHMENT 7**

ZOLDAN LAW GROUP, PLLC

# ATTACHMENT 7

Location:         ZSYKK
Device ID:        -BTC02
Transaction:      940349031981

---

**FedEx Ground**
Tracking Number:
 279571236734      1.4 lb (M)       11.57
     Declared Value    100
     Pack & Ship Service:
         Standard- Ground Brown Box
         790363434221   1(T)        $5.49
Recipient Address:
     HONORABLE JACQUELINE RATEAU
     US DISTR CRT EVO A DECONCINI US COU
     405 W CONGRESS ST
     STE 6650
     TUCSON, AZ 85701
     8888888888

Scheduled Delivery Date 10/26/2022

Pricing option:
     STANDARD RATE

Package Information:
     Your Packaging
     18 x 13 x 3

              Shipment subtotal:      $11.57
 Merchandise taxable subtotal:         $5.49
              Tax(City): 2.3%          $0.13
                Tax(AZ): 5.6%          $0.30
            Tax(County): 0.7%          $0.04

                  **Total Due:       $17.53**

              (S) CreditCard:        $17.53
          ************9496

     M = Weight entered manually
     S = Weight read from scale
     T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com/serviceguide for details. All merchandise sales final. FedEx disclaims all warranties, express or implied, including, without limitation, the implied warranties of merchantability and fitness for a particular purpose. This packaging sold 'as is' 'with all faults.' By paying for and accepting this packaging, you agree to release and hold FedEx harmless for any claims, suits, disputes or causes of action relating to this packaging as well as any related incidental or consequential damages incurred by you or any other party.

Packing Pledge applies. See
fedex.com/us/packing-pledge for details.

              Visit us at: fedex.com
              Or call 1.800.GoFedEx
                  1.800.463.3339

          Oct 25, 2022 11:44:37 AM

---

          ********** WE LISTEN **********
              Tell us how we're doing
       & receive a discount on your next order!
                  fedex.com/welisten
              Redemption Code: _____

              *** Thank you ***