ATTACHMENT 8

**ATTACHMENT 8**

**From:** Jason Barrat
**Sent:** Tuesday, July 11, 2023 12:05 PM
**To:** Barney Holtzman <bholtzman@mcrazlaw.com>; Jana Sutton <jsutton@mcrazlaw.com>
**Cc:** Ashley Peschke <apeschke@weilerlaw.com>
**Subject:** Consultation pursuant to LRCiv 54.2(d)(1)

Barney and Jana,

This email will serve as our consultation to try and resolve attorneys' fees/costs pursuant to LRCiv 54.2(d)(1).

Plaintiff is willing to resolve attorneys' fees in the amount of $40,000 and the costs in the amount of $1,818.23.  Obviously, this is in addition to the $7,500 settlement.

This offer will expire as soon as the Court approves the settlement or 5:00 on Monday, July 17, whichever is later.

Thanks,

Jason Barrat | Attorney
**Weiler Law PLLC**
5050 North 40th Street, Suite 260
Phoenix, Arizona 85018
Tel & Fax: (480) 442-3410 | JBarrat@weilerlaw.com | www.weilerlaw.com
(Please note the new firm name and email address above)

This email may contain confidential and privileged Attorney-Client communications and/or attorney work product

for the sole use of its intended recipient(s).  Any review, use, distribution or disclosure by anyone other than the intended recipient may result in legal action for any damages resulting from such review, use or distribution.  If you are not the intended recipient (or authorized to receive this email on behalf of the recipient), please contact me by reply email and immediately delete all copies of this message.