# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Jason Fritch**, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>**Orion Manufactured Housing Specialists, Inc.**, an Arizona company; and **L. James Miller,** an Arizona resident;<br><br>Defendants. | Case No. 4:21-cv-00509-JGZ-JR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

This Court having reviewed Plaintiff's Motion for Attorneys' Fees against Defendants, jointly and severally, and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Attorneys' Fees and Costs in the amount of $70,560 for attorneys' fees and $1,818.23 for costs.