# Exhibit B

| DATE | NATURE OF WORK PERFORMED BY WEILER LAW PLLC | ATTY | Hourly Rate | TIME | Total | OBJECTIONS |
|---|---|---|---|---|---|---|
| 1/6/2022 | Draft application for entry of default | JB | $400 | 0.3 | $120.00 | Not successful (default) |
| 1/17/2022 | Draft amended complaint, notice, and exhibits | JB | $400 | 1.5 | $600.00 | Not successful (collective action); block bill; paralegal |
| 1/17-18/2022 | Draft motion for conditional certification and affidavit (2.2), call w/ client RE affidavit (.3) | JB | $400 | 2.5 | $1,000.00 | Not successful (collective action) |
| 2/3/2022 | FOIA Request records from AZ industrial commission and labor board | JB | $400 | 0.3 | $120.00 | Paralegal |
| 2/4/2022 | Begin Drafting motion to toll SOL | JB | $400 | 1 | $400.00 | Not successful (collective action) |
| 2/17/2022 | Review Dkt. 24 - Response to motion to conditional cert | JB | $400 | 0.5 | $200.00 | Not successful (collective action) |
| 2/17/2022 | Draft reply iso motion for conditional certification | JB | $400 | 2.2 | $880.00 | Not successful (collective action) |
| 2/22/2022 | Draft disclosure statement, first nuis and rfps | JB | $400 | 1.4 | $560.00 | Block bill |
| 4/4/2022 | Draft second nuis and rfps | JB | $400 | 0.3 | $120.00 | Not successful (excess discovery) |
| 4/4/2022 | Review call-in information | JB | $400 | 0.1 | $40.00 | Clerical |
| 4/5/2022 | Prep for Case Management Conference | JB | $400 | 0.3 | $120.00 | Vague |
| 4/5/2022 | Draft BBVA subpoena | JB | $400 | 0.3 | $120.00 | Not successful (excess discovery) |
| 4/5/2022 | emails to/from B.Holtzman RE subpoena, discovery requests | JB | $400 | 0.3 | $120.00 | Not successful (excess discovery) |
| 4/6/2022 | Draft third rfps | JB | $400 | 0.2 | $80.00 | Not successful (excess discovery) |
| 4/6/2022 | Research programs/applications to track your iPhone for client to produce those records | JB | $400 | 1.3 | $520.00 | Paralegal |
| 4/15/2022 | Draft stipulation as to the elements of claims and research discovery caselaw | JB | $400 | 1.5 | $600.00 | Block bill |
| 4/15/2022 | Draft discovery dispute letter to Holtzman | JB | $400 | 1.8 | $720.00 | Not successful (excess discovery) |
| 4/20/2022 | Finalize discovery dispute letter | JB | $400 | 1.1 | $440.00 | Not successful (excess discovery) |
| 4/21 - 4/25/22 | Exchange emails w/ Holtzman RE motion to toll | JB | $400 | 0.2 | $80.00 | Not successful (collective action) |
| 4/25/2022 | Finalize motion to toll | JB | $400 | 0.9 | $360.00 | Not successful (collective action) |
| 5/3/2022 | Exchange emails and phone call with Holtzman RE supplemental responses to discovery | JB | $400 | 0.6 | $240.00 | Not successful (excess discovery) |
| 5/3/2022 | Phone call w/ client RE discovery, settlement | JB | $400 | 0.3 | $120.00 | Not successful (excess discovery) |
| 5/10/2022 | Draft reply to Motion to Toll | JB | $400 | 1.1 | $440.00 | Not successful (collective action) |
| 5/12/2022 | Finalize Reply to Motion to Toll | JB | $400 | 0.9 | $360.00 | Not successful (collective action) |
| 5/12/2022 | Draft subpoena to Qwest | JB | $400 | 0.3 | $120.00 | Not successful (excess discovery) |
| 5/13/2022 | Review email exchange from Collins from PNC Bank and A. Peschke | JB | $400 | 0.2 | $80.00 | Not successful (excess discovery) |
| 5/16/2022 | Review subpoena documents from BBVA | JB | $400 | 2.9 | $1,160.00 | Not successful (excess discovery) |
| 5/18/2022 | Draft revised opt-in notice | JB | $400 | 0.3 | $120.00 | Not successful (collective action) |
| 5/18 - 5/20/22 | Exchange emails w/ Holtzman RE opt-in | JB | $400 | 0.3 | $120.00 | Not successful (collective action) |
| 5/20/2022 | Review Potential Collective Action Members list | JB | $400 | 0.2 | $80.00 | Not successful (collective action) |
| 5/22/2022 | Email to/from Client RE list | JB | $400 | 0.4 | $160.00 | Not successful (collective action) |
| 5/23/2022 | Review opt-in from Ressegger | JB | $400 | 0.2 | $80.00 | Not successful (collective action) |
| 5/23/2022 | Draft notice of filing opt-in consent form | JB | $400 | 0.2 | $80.00 | Not successful (collective action) |

| Date | Description | Atty | Rate | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| 5/23 - 5/26/22 | Exchange emails w/ Holtzman RE collective members, discovery | JB | $400 | 0.4 | $160.00 | Not successful (collective action) |
| 5/26/2022 | Email exchange w/ Client RE opt-in | JB | $400 | 0.5 | $200.00 | Not successful (collective action) |
| 5/26/2022 | Call/email to Opt-in RE opting in | JB | $400 | 0.4 | $160.00 | Not successful (collective action) |
| 5/27/2022 | Draft third nuis | JB | $400 | 0.2 | $80.00 | Not successful (excess discovery) |
| 6/8/2022 | Email from B.Holtzman RE postings | JB | $400 | 0.1 | $40.00 | Not successful (collective action) |
| 6/9/2022 | Review invoice from Wells Fargo | JB | $400 | 0.2 | $80.00 | Not successful (excess discovery) |
| 6/13/2022 | Review email RE subpoena to Qwest | JB | $400 | 0.1 | $40.00 | Not successful (excess discovery) |
| 6/13/2022 | Review correspondence from Lumen | JB | $400 | 0.3 | $120.00 | Not successful (excess discovery) |
| 6/13/2022 | Draft motion to withdraw opt-in consent form, order | JB | $400 | 0.2 | $80.00 | Not successful (collective action) |
| 6/14/2022 | Review dkt 50 email from AZDdb_QA Staff RE incorrect event selected | JB | $400 | 0.2 | $80.00 | Clerical |
| 6/14/2022 | Review Email sent to Ressegger RE opting out of the lawsuit | JB | $400 | 0.1 | $40.00 | Not successful (collective action) |
| 7/13/2022 | Review dkt 51, analyze and research if Plaintiff should object to the report and recommendation | JB | $400 | 1.5 | $600.00 | Not sucessful (summary judmgent); block bill |
| 7/13/2022 | Exchange emails with A. Peschke Re potential opt-in members | JB | $400 | 0.4 | $160.00 | Not successful (collective action) |
| 7/20/2022 | Review Defendants' Responses to third nuis | JB | $400 | 0.3 | $120.00 | Not successful (excess discovery) |
| 7/26 -7/27/22 | Exchange emails with client and A. Peschke RE settlement, deposition; review check does for settlement purposes | JB | $400 | 0.6 | $240.00 | Block bill |
| 7/28/2022 | Review Defs RFP, research RE production of tax documents | JB | $400 | 1.3 | $520.00 | Not successful (excess discovery) |
| 7/29/2022 | Draft fourth supplemental disclosure (0.3) and fourth rfps (0.2) | JB | $400 | 0.5 | $200.00 | Not successful (excess discovery) |
| 8/2/2022 | Draft second rfas and research relevant caselaw to those requests | JB | $400 | 0.6 | $240.00 | Not successful (excess discovery) |
| 8/3/2022 | Draft deposition notices | JB | $400 | 0.3 | $120.00 | Clerical |
| 8/10/2022 | Review Fritch email and tax documents | JB | $400 | 0.4 | $160.00 | Not successful (excess discovery) |
| 8/23/2022 | Review discovery, file | KW | $335 | 1 | $335.00 | Vague; block bill |
| 8/29/2022 | Research defendants on beenverified | JB | $400 | 0.4 | $160.00 | Paralegal |
| 8/31/2022 | Review Defendants' responses to fourth rfps | JB | $400 | 0.2 | $80.00 | Not successful (excess discovery) |
| 8/31/2022 | Prep for Brown and Gutierrez depositions | JW | $400 | 0.4 | $160.00 | Block bill; duplicative |
| 9/1/2022 | Appearance at Brown Deposition | JW | $400 | 1.2 | $480.00 | Duplicative |
| 9/1/2022 | Appearance at deposition of Gutierrez | JW | $400 | 1 | $400.00 | Duplicative |
| 9/6/2022 | Review email from A. Damianakos RE msj | JB | $400 | 0.1 | $40.00 | Not successful (summary judgment) |
| 9/7/2022 | Review emails from A. Peschke RE depo transcripts | JB | $400 | 0.3 | $120.00 | Not successful (summary judgment) |
| 9/12/2022 | Review, analyze transcripts of Brown, Miller, and Gutierrez for MSJ | JB | $400 | 2.7 | $1,080.00 | Not successful (summary judgment) |
| 9/13/2022 | Review exchange emails from A. Peschke RE depo transcripts | JB | $400 | 0.3 | $120.00 | Not successful (summary judgment) |
| 9/13/2022 | Draft MSJ | JB | $400 | 6.8 | $2,720.00 | Not successful (summary judgment) |
| 9/14/2022 | Continue drafting MSJ, exhibits | JB | $400 | 7.3 | $2,920.00 | Not successful (summary judgment); block bill; paralegal |
| 9/15/2022 | Finish drafting msj | JB | $400 | 4 | $1,600.00 | Not successful (summary judgment) |
| 9/16/2022 | Review MSJ binder | JB | $400 | 0.3 | $120.00 | Not successful (summary judgment) |

| Date | Description | Atty | Rate | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| 10/12/2022 | Exchange emails with Holtzman RE extension to respond to msj; review stip and respond | JB | $400 | 0.3 | $120.00 | Not successful (summary judgment); block bill |
| 10/21/2022 | Review, analyze dkt 71, 72 - response to MSJ | JB | $400 | 1.4 | $560.00 | Not successful (summary judgment) |
| 10/21 -10/24/22 | Exchange emails with Holtzman RE social security redaction; research relevant law RE Defs filing of P's social security number on a public docket | JB | $400 | 1.2 | $480.00 | Block bill |
| 10/24/2022 | Draft reply to msj | JB | $400 | 2 | $800.00 | Not successful (summary judgment) |
| 10/25/2022 | Finalize Reply to msj | JB | $400 | 2.9 | $1,160.00 | Not successful (summary judgment) |
| 12/19/2022 | Draft notice of name change of firm | JB | $400 | 0.2 | $80.00 | Clerical |
| 12/21/2022 | Draft firm name change letter to plaintiff | JB | $400 | 0.2 | $80.00 | Clerical |
| 2/20/2023 | Reading motions/case file, phone call with Jason, looking into deposition testimony, making notes RE potential arguments for Objection | JM | $400 | 3.7 | $1,480.00 | Block bill |
| 2/22/2023 | Draft motion for extension | JB | $400 | 0.2 | $80.00 | Not successful (summary judgment) |
| 3/7/2023 | File review, marking up filings and making notes of arguments, finding exhibits to cite | JM | $400 | 6.5 | $2,600.00 | Block bill; vague |
| 3/8/2023 | Research RE spoliation standard, drafted outline including applicable law, sent template agreements to Weiler | JM | $400 | 5 | $2,000.00 | Block bill |
| 3/9/2023 | Review J. Miller's status on objection to report; phone call w/ J.Miller (only JB billed) | JB | $400 | 0.5 | $200.00 | Not successful (summary judgment); block bill |
| 3/9/2023 | Research RE adding supplemental evidence to objection, complete file review and collecting exhibits, continuing to draft Fritch | JM | $400 | 7 | $2,800.00 | Not successful (summary judgment); block bill |
| 3/10/2023 | Research RE hearsay exceptions, Completing/drafting arguments | JM | $400 | 5 | $2,000.00 | Not successful (summary judgment); block bill |
| 3/13/2023 | Edit and revise draft objection to Report and Recommendation | JW | $400 | 1.5 | $600.00 | Not successful (summary judgment) |
| 3/13/2023 | Making edits to Objection, rearranging sections RE argument and factual statements, Research RE summary judgment standard, adding citations to motion, making all final changes with Weiler's input, filed same | JM | $400 | 11 | $4,400.00 | Not successful (summary judgment); block bill |
| 3/28/2023 | Draft response to motion for extension | JB | $400 | 0.2 | $80.00 | Not successful (summary judgment) |
| 6/11/2023 | Reviewing Answer, research RE affirmative defenses | JM | $400 | 1.2 | $480.00 | Block bill |
| 6/12/2023 | Populating all admissions/denials from MSJ, Answer and RFAs, arranging for JPS, reviewing documentary evidence, including two exhibits, reviewing witnesses | JM | $400 | 3.4 | $1,360.00 | Block bill; clerical / paralegal |
| 6/22 -6/26/23 | Exchange emails with Holtzman RE settlement, drafting, approval; notice of settlement | JB | $400 | 0.4 | $160.00 | Block bill; vague |

| | | |
|---|---|---|
| TOTALS | 114.3 | $45,655.00 |
| WEILER LAW PLLC total | | $70,560.00 |
| Difference | | $24,905.00 |