Exhibit C

| | |
|---|---|
| **From:** | Jason Barrat <JBarrat@zoldangroup.com> |
| **Sent:** | Thursday, May 26, 2022 8:35 AM |
| **To:** | Barney Holtzman |
| **Cc:** | Jana Sutton |
| **Subject:** | RE: Fritch / Opt-in member Dakota Ressegger |

[EXTERNAL]

Send over the affidavit if its true.  If not, send over the discovery.  If you wont provide the discovery, we will assume Defendants spoiled evidence as they have done with Fritch.

Jason Barrat | Attorney



5050 North 40th Street, Suite 260
Phoenix, Arizona 85018
Tel & Fax: (480) 442-3410 | JBarrat@zoldangroup.com

This email may contain confidential and privileged Attorney-Client communications and/or attorney work product for the sole use of its intended recipient(s).  Any review, use, distribution or disclosure by anyone other than the intended recipient may result in legal action for any damages resulting from such review, use or distribution.  If you are not the intended recipient (or authorized to receive this email on behalf of the recipient), please contact me by reply email and immediately delete all copies of this message.

**From:** Barney Holtzman <bholtzman@mcrazlaw.com>
**Sent:** Thursday, May 26, 2022 7:16 AM
**To:** Jason Barrat <JBarrat@zoldangroup.com>
**Cc:** Jana Sutton <jsutton@mcrazlaw.com>
**Subject:** RE: Fritch / Opt-in member Dakota Ressegger

Jason,

The Collective Member definition is someone "who work[ed] over 40 hours in any given workweek…."  It is impossible for Mr. Ressegger to have done so. Mr. Fritch did not have any cash payments included in his W2 but he clearly could have worked over 40 hours based on his W2.

Barney

**Barney M. Holtzman**
520.624.8886

**From:** Jason Barrat <JBarrat@zoldangroup.com>
**Sent:** Wednesday, May 25, 2022 6:42 PM
**To:** Barney Holtzman <bholtzman@mcrazlaw.com>

1

**Cc:** Jana Sutton <jsutton@mcrazlaw.com>
**Subject:** RE: Fritch / Opt-in member Dakota Ressegger

[EXTERNAL]

Barney,

Please have your client send me an affidavit that he never paid Ressegger any amount in cash. Obviously, he didn't include cash payments on other W2's so I need the affidavit from him or send all the supplemental discovery that is requested.

Jason Barrat | Attorney



5050 North 40th Street, Suite 260
Phoenix, Arizona 85018
Tel & Fax: (480) 442-3410 | JBarrat@zoldangroup.com

This email may contain confidential and privileged Attorney-Client communications and/or attorney work product for the sole use of its intended recipient(s). Any review, use, distribution or disclosure by anyone other than the intended recipient may result in legal action for any damages resulting from such review, use or distribution. If you are not the intended recipient (or authorized to receive this email on behalf of the recipient), please contact me by reply email and immediately delete all copies of this message.

**From:** Barney Holtzman <bholtzman@mcrazlaw.com>
**Sent:** Wednesday, May 25, 2022 6:36 PM
**To:** Jason Barrat <JBarrat@zoldangroup.com>
**Cc:** Jana Sutton <jsutton@mcrazlaw.com>
**Subject:** RE: Fritch / Opt-in member Dakota Ressegger

Jason,

    Here is Mr. Ressegger's 2021 W2 showing he made $312. He worked for Orion for less than two weeks at $13/hr. Even if all of his time was in a single workweek (it wasn't), he worked less than 40 hours. ($312/$13 = 24) As such, he is not a proper plaintiff.

    Please let me know if you agree.

Thanks,
Barney

**Barney M. Holtzman**
520.624.8886

**From:** Jason Barrat <JBarrat@zoldangroup.com>
**Sent:** Monday, May 23, 2022 1:56 PM
**To:** Barney Holtzman <bholtzman@mcrazlaw.com>
**Cc:** Jana Sutton <jsutton@mcrazlaw.com>
**Subject:** Fritch / Opt-in member Dakota Ressegger

[EXTERNAL]

Barney,

We just filed notice that Dakota Ressegger has opted into the lawsuit. As such, please supplement your discovery responses as to Dakota Ressegger. Please amend/supplement by June 1.

Thanks,

Jason Barrat | Attorney



5050 North 40th Street, Suite 260
Phoenix, Arizona 85018
Tel & Fax: (480) 442-3410 | JBarrat@zoldangroup.com

This email may contain confidential and privileged Attorney-Client communications and/or attorney work product for the sole use of its intended recipient(s). Any review, use, distribution or disclosure by anyone other than the intended recipient may result in legal action for any damages resulting from such review, use or distribution. If you are not the intended recipient (or authorized to receive this email on behalf of the recipient), please contact me by reply email and immediately delete all copies of this message.