**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Fritch,<br><br>                Plaintiff,<br><br>v.<br><br>Orion Manufactured Housing Specialists Incorporated, et al.,<br><br>                Defendants. | **NO. CV-21-00509-TUC-JGZ (JR)**<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 19, 2023, judgment is entered in favor of plaintiff and against defendant in the amount of $ 26,752.75.

Debra D. Lucas
District Court Executive/Clerk of Court

December 19, 2023

s/ C. Ortiz
By    Deputy Clerk